# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET WACKER, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Defendant. | CASE NO.: 14-CV-01764-VC <br><br> Judge: Hon. Vince Chhabria <br><br> [~~PROPOSED~~] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** <br><br> [Filed concurrently with Stipulation] <br><br> Complaint Filed: 04/16/14 |

w:\documents and settings\phb\local settings\temporary internet files\olk21\order re dismissal (4).doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1  **[~~PROPOSED~~] ORDER**

2

3        The parties having stipulated that this matter has been resolved in its entirety

4  and each side to bear her or its own attorneys' fees and costs, the entire action is

5  hereby dismissed with prejudice.

6

7  **IT IS SO ORDERED.**

8

9  Dated: August 1 , 2014

10                                      United States District Judge

*IT IS SO ORDERED*
*Judge Vince Chhabria*
*United States District Court, Northern District of California*

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800